## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ALVIN MILLER,

    Plaintiff,

-vs-                            Case No. 8:07-cv-211-T-30EAJ

KEITH COOPMAN,

    Defendant.

_____/

## **ORDER**

Plaintiff, a State of Florida inmate proceeding *pro se*, initiated this cause of action by filing a 42 U.S.C. § 1983 complaint alleging that his parole was wrongfully revoked. Plaintiff names Keith Coopman, Parole and Probation Officer, St. Petersburg, Florida, as the Defendant. Because Plaintiff filed this action against a governmental employee while he was incarcerated, the Court is required to screen his action under 28 U.S.C. § 1915A(b).

In his request for relief, Plaintiff moves this Court to "[r]everse revocation of [his] parole [for] lack of probable cause" (Dkt. 1 at VIII). Plaintiff's complaint clearly presents a habeas corpus claim rather than a civil rights claim.

ACCORDINGLY, the Court **ORDERS** that:

1.    The complaint (Dkt. 1) is **DISMISSED without prejudice**.

2.    The **Clerk** shall enclose a copy of the form approved for use in filing a request for federal habeas relief under 28 U.S.C. § 2254 with Plaintiff's copy of this order. Plaintiff

-2-

may complete and return the enclosed habeas corpus form for filing on the Court's habeas corpus docket once Plaintiff has exhausted his state court remedies.

3. Plaintiff is assessed the $350.00 filing fee. *See* 28 U.S.C. § 1915(b). This assessment amounts to placing a lien on Plaintiff's prisoner account pursuant to the Prison Litigation Reform Act, and the Department of Corrections shall place a lien on the inmate's trust account for court costs and filing fees due. The **Clerk** is directed to send a copy of this order to Inmate Accounting 1711 Mahan Drive, Tallahassee, FL 32308, Attention: Jeffrey R. Straley and Veronica Wold, Government Operations Consultant.

4. The **Clerk** shall terminate any pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida on February 2, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:jsh

Copy furnished to:
*Pro Se* Plaintiff